# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JALEN HUTCHINSON,**

    **Petitioner,**

**v.**                                                     **Case No. 1:24-cv-15-AW-MAF**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's report and recommendation (ECF No. 4), to which there has been no objection, I conclude dismissal is appropriate. I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on April 12, 2024.

                                               s/ *Allen Winsor*
                                               United States District Judge